## 37417. COASTAL GEORGIA AUDUBON SOCIETY v. STATE OF GEORGIA et al.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED JULY 14, 1981.

Moreton Rolleston, Jr., for appellant.

Arthur K. Bolton, Attorney General, Patricia Barmeyer, Assistant Attorney General, Michael S. Rosenthal, G. Carroll Palmatary, for appellees.